RUSSELL D. GREER
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA 95353-3051
TELEPHONE (209) 576-1954

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

BUNTHOEUN HANG

Debtor(s).

Case No.: 17-28337
D.C. No.: RDG-1

CHAPTER 13

MOTION FOR ORDER OF DISMISSAL PURSUANT TO 11 U.S.C. SECTION 1307

DATE: January 30, 2018
TIME: 10:30 AM
DEPT.: D

**TO THE DEBTOR(S) AND HIS/HER ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that at 10:30 AM on January 30, 2018, in Courtroom 34, Sixth Floor, of the U.S. Bankruptcy Court, 501 I Street, Sacramento, California, Russell D. Greer, Chapter 13 Standing Trustee, will move for an Order of Dismissal of the above-referenced case pursuant to Section 1307 of the Bankruptcy Code for the following reason(s):

X    1. Unreasonable delay by the debtor(s) that is prejudicial to creditors. [§1307(c)(1)]

___    2. Payments to the Trustee are not current under the debtor(s) proposed plan. [§1307(c)(4)]

___    3. Payments to the Trustee are not current under the debtor(s) confirmed plan. [§1307(c)(6)]

X    4. Cause: 1. Failure to provide Trustee with a Class 1 Checklist, and Authorization To Release Information form, for class 1 claimant LOAN DEPOT, as required by LBR 3015-1. 2. Failure to provide Trustee with a Class 1 Checklist, and Authorization To Release Information form, for class 1 claimant MR. COOPER, as required by LBR 3015-1.

**WHEREFORE**, the Trustee requests that the Court enter an Order of Dismissal of this Chapter 13 case.

Dated: January 12, 2018            /s/ RUSSELL D. GREER
                                                  RUSSELL D. GREER,
                                                  CHAPTER 13 STANDING TRUSTEE